IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | |
| VS. | § § § § § | CRIMINAL NO. H-10-106 |
| ALEJANDRO TOVAR | § | |

## ORDER

Counsel for defendant Alejandro Tovar filed a motion to withdraw as counsel. (Docket Entry No. 57). The motion is GRANTED. Timothy A. Hootman and Jason Castaneda may withdraw and are released as counsel of record for Alejandro Tovar. United States Magistrate Judge Mary Milloy will appoint new counsel for this defendant.

SIGNED on March 22, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge