IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § § | CRIMINAL NO. H-10-106-1 |
| ALEJANDRO TOVAR | § | |

**O R D E R**

Counsel for defendant Tovar filed an unopposed motion to withdraw as counsel of record. (Docket Entry No. 67). The defendant also filed a motion requesting appointment of counsel (Docket Entry No. 66). The motions are granted. The magistrate judge will appoint counsel to represent the defendant Alejandro Tovar

Based on the change of counsel within days of the docket control order deadlines the court finds that the interests of justice are served by granting a continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | July 16, 2010 |
| Responses are to be filed by: | July 30, 2010 |
| Pretrial conference is reset to: | **August 5, 2010 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **August 9, 2010 at 9:00 a.m.** |

SIGNED on June 2, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge