IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | |
| VS. | § | CRIMINAL NO. H-10-106 |
| | § § § § | |
| ALEJANDRO TOVAR | § | |

## ORDER

Counsel for defendant Alejandro Tovar filed a motion to withdraw as counsel. (Docket Entry No. 138). The motion is GRANTED. Yolanda Coroy may withdraw and is released as counsel of record for Alejandro Tovar. Magistrate Judge Mary Milloy will appoint new counsel for this defendant. The sentencing hearing is reset to **September 27, 2011, at 9:00 a.m.** to allow new counsel time to prepare.

SIGNED on August 1, 2011, at Houston, Texas.

                                                    Lee H. Rosenthal
                                         United States District Judge